UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK R. ZANA,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

2:12-CV-01013-JCM-VCF

**ORDER**

In this action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, petitioner moves for an enlargement of the time to respond to the motion to dismiss filed by respondents (ECF No. 17). Petitioner seeks an additional fourteen days, to and including August 24, 2012. Good cause appearing, the motion is **granted**. The response to the motion to dismiss shall be filed and served on or before August 24, 2012.

**IT IS SO ORDERED**.

Dated this 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE