UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARK R. ZANA, | ) | |
| Petitioner, | ) | 2:12-CV-01013-JCM-VCF |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

In this action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondents move for an enlargement of the time to Answer the remaining grounds for relief (ECF No. 21), seeking to and including May 5, 2013. Good cause appearing, the motion is **granted**. The answer shall be filed and served on or before May 5, 2013.

**IT IS SO ORDERED**.

Dated this 25th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE