**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARK R. ZANA, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-01013-JCM-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | / | |

In this action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, petitioner moves for an enlargement of the time to file his reply to the answer to his petition (ECF No. 25), seeking to and including June 21, 2013.  Good cause appearing, the motion is **granted**.  The reply shall be filed and served no later than June 21, 2013.

**IT IS SO ORDERED**.

Dated this ___6th___ day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE